JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

DAYLE WILLIAM LONG,                    ) Case No. EDCV 17-00111-PSG (JDE)
                                       )
                Petitioner,            )
                                       ) JUDGMENT
         v.                            )
                                       )
DANIEL PARAMO, Warden,                 )
                                       )
                Respondent.            )
                                       )

        Pursuant to the Order Accepting Findings and Recommendation of the
United States Magistrate Judge,

        IT IS ADJUDGED that the petition is denied and this action is
dismissed with prejudice.

Dated: _10/2/18_____

                                       _____
                                       PHILIP S. GUTIERREZ
                                       United States District Judge